# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-3590-JLS |
| Plaintiff, | ORDER |
| v. | |
| LUIS FERNANDO RODRIGUEZ, | |
| Defendant. | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the motion hearing/trial setting date in the above-entitled matter be continued from Friday, February 4, 2022, at 1:30 p.m. to, Friday, March 4, 2022, at 1:30 p.m.

The Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: January 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge